**PUBLIC REDACTED VERSION**

Civil Action No. 22-11309

BAP No. 23-00029

United States District Court
for the District of Delaware

IN RE: AIG FINANCIAL PRODUCTS CORP.,

*Debtor*.

EMPLOYEE PLAINTIFFS

*Appellants*,

V.

AIG FINANCIAL PRODUCTS CORP.,

*Appellee*.

On Appeal from the U.S. Bankruptcy Court for the District of Delaware No. 22-11309 (The Hon. Mary F. Walrath)

**OPENING BRIEF OF APPELLANTS EMPLOYEE PLAINTIFFS**

Adam G. Landis (No. 3407)
Matthew B. McGuire (No. 4366)
LANDIS RATH & COBB LLP
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400

David A. Slossberg
Kristen L. Zaehringer
HURWITZ SAGARIN SLOSSBERG
& KNUFF LLC
147 North Broad Street
Milford, Connecticut 06460
Telephone: (203) 877-8000

Stephen J. Astringer (No. 6375)
KOBRE & KIM LLP
600 North King Street, Suite 501
Wilmington, Delaware 19801
Telephone: (302) 518-6460

Steven W. Perlstein
Daniel J. Saval
Adam M. Lavine
George Stamatopoulos
Martine B. Forneret
Donna (Dong Ni) Xu
KOBRE & KIM LLP
800 Third Avenue
New York, New York 10022
Telephone: (212) 488-1200

*Counsel for Appellants Employee Plaintiffs.*

August 25, 2023

## Table of Contents

**Document** **Page(s)**

***In re AIG Financial Products Corp*., Case No. 22-11309 (MFW) (Chapter 11 Case)**

Chapter 11 Voluntary Petition, dated December 14, 2022 [Bankr. D.I. 1]. .................................. A-1

Declaration of William C. Kosturos, Chief Restructuring Officer of the Debtor, in Support of Chapter 11 Petition and First Day Pleadings, dated December 14, 2022 [Bankr. D.I 2].. ......... A-19

Motion of Debtor for Entry of Interim and Final Orders (I) Authorizing the Debtor's Use of Existing Cash Management System, Including Maintenance of Existing Bank Accounts, Checks, and Business Forms, (II) Authorizing the Debtor's Deposit Practices, and (III) Granting Related, dated December 14, 2022 [Bankr. D.I. 4]. ........................................................................ A-81

Certification of Debtor's Creditor Matrix, dated December 14, 2022 [Bankr. D.I. 5]. ............ A-128

Chapter 11 Plan of Reorganization for AIG Financial Products Corp., dated December 14, 2022 [Bankr. D.I. 6]. ........................................................................................................ A-135

Disclosure Statement for the Plan of Reorganization for AIG Financial Products Corp. Under Chapter 11 of the Bankruptcy Code, dated December 14, 2022 [Bankr. D.I. 7] ...................... A-192

First Day Hearing Transcript in In re AIG Financial Products Corp., Case No. 22-11309 (Bankr. D. Del. 2022), December 16, 2022. ........................................................................... A-332

Schedules/Statements filed: Sch A-B, Sch D, Sch E-F, Sch G, Sch H, Sum of Assets and Liabilities, Decl Concerning Debtors Schs., dated December 28, 2022 [Bankr. D.I. 82] ....... A-374

Statement of Financial Affairs, dated December 28, 2022 [Bankr. D.I. 83]. ............................ A-419

[SEALED] Motion to Dismiss Case Filed by Employee Plaintiffs, dated January 13, 2023 [Bankr. D.I. 101]. ...................................................................................................... A-535

[SEALED] Declaration of Martine B. Forneret in Support of Employee Plaintiffs' Motion to Dismiss the Debtor's Chapter 11 Case, dated January 13, 2023 [Bankr. D.I. 102]. ................. A-579

[SEALED] Exhibit A: Revolving Credit Agreement between AIG Funding, Inc. and AIG Financial Products Corp., dated September 22, 2008 (AIGFP_US00760384) ......................... A-583

[SEALED] Exhibit B: First Witness Statement of William Dooley from *Tobias Gruber and 22 others v. AIG Management France S.A., AIG Financial Products Corp. and American International Group, Inc.* number CL-2014-000921, dated November 6, 2017 (AIGFP_US00529378) ............................................................................................... A-593

[SEALED] Exhibit C: Subsidiary Capitalization Business Case, dated July 2010 (AIGFP_US00504123) ............................................................................................... A-617

[SEALED] Exhibit D: Email Exchange between Brian Reilly, Stephen Blake, Elias Habayeb, et al., dated July 14-28, 2010 (AIGFP_US00497703) .......... A-621

[SEALED] Exhibit E: Expert Report of Larry Johnson, dated September 9, 2022 .......... A-625

[SEALED] Exhibit F: Mediation Statement in connection with *Brookfield Asset Management, Inc. v. AIG Financial Products Corp*., Case No. 09-cv-8285 (PGG) (S.D.N.Y. 2013), dated August 28, 2009 (AIGFP_US00668437) .......... A-681

[SEALED] Exhibit G: AIG – Q4 2008 American International Group Earnings Conference Call Transcript, dated March 2, 2009 (AIGFP_US00873225) .......... A-707

[SEALED] Exhibit H: Email from Matthew Laermer to David Herzog, Brian Schreiber, Teri Watson, et al. attaching the presentation titled *Materials for Discussion with Fitch*, dated May 13, 2009 (AIGFP_US00036262) .......... A-728

[SEALED] Exhibit I: Presentation titled *AIG FP – Overview, Update for Standard & Poor's – April 2011,* dated April 26, 2011 (AIGFP_US000376) .......... A-742

[SEALED] Exhibit J: Select excerpts of the deposition transcript of David Herzog, dated July 7, 2022 .......... A-755

[SEALED] Exhibit K: Stipulation as to Certain Records in the UK Action entered into by the parties in *Arthurs v. AIG Financial Products Corp*., Case No. X08-FST-CV-19-604605-S (Conn. Super. Ct.), dated November 9, 2022 .......... A-761

[SEALED] Exhibit L: Email exchange between Steve Blake, Elias Habayeb, Brian Reilly, et al., dated September 1-2, 2010 (AIGFP_US00942336) .......... A-766

[SEALED] Exhibit M: Memorandum from William Dooley to All Participants in the Plans Refernced Below, dated December 29, 2008 (AIGFP_US00889326) .......... A-770

[SEALED] Exhibit N: Memorandum titled Issues Related to AIGFP DCP and SIP Programs and planned AIGFP Recapitalization, dated September 7, 2010 (AIGFP_US00942066) .......... A-774

[SEALED] Exhibit O: Email exchange between Timothy Hayes, Brian Reilly, William Shirley, et al., dated September 16-17, 2010 (AIGFP_US00069239) .......... A-778

[SEALED] Exhibit P: Memorandum titled Connecticut Deferred Tax Asset for AIGFP, dated February 24, 2014 (AIGFP_US00942194) .......... A-782

[SEALED] Exhibit Q: Materials related to the AIGFP Deferred Compensation Plan and Special Incentive Plan, including claim forms, plan statements, and related communications (AIGFP_US00024686) .......... A-785

[SEALED] Exhibit R: Select Excerpts of the deposition transcript of Mark Balfan, dated August 19, 2022 .......... A-885

[SEALED] Exhibit S: Email from Jamie Alexander to Don Cummings, Peter Paulsen, Brian Morrissey, et al., dated July 7, 2015 (AIGFP_US00649750) ........ A-889

[SEALED] Exhibit T: Email exchange between Jamie Alexander, Stephen Hawriluk, Mark Balfan, et al., dated January 8, 2015 (AIGFP_US00067018) ........ A-891

[SEALED] Exhibit U: Select exceprts of the deposition transcript of Elias Habayeb, dated August 25, 2022........ A-894

[SEALED] Exhibit V: Order regarding Motion for Order of Compliance [D.I. 165.02] in *Arthurs v. Financial Products Corp.*, Case No. X08-FST-CV-19-6046057-S (Conn. Super. Ct.), dated November 29, 2022........ A-898

[SEALED] Exhibit W: Memorandum titled Issues Related to AIGFP DCP and SIP Programs and planned AIGFP Recapitalization, dated October 13, 2011 (AIGFP_US00942071)........ A-902

[SEALED] Exhibit X: First Day Hearing Transcript [D.I. 69] in *In re AIG Financial Products Corp.*, Case No. 22-11309 (Bankr. D. Del. 2022), dated December 16, 2022 ........ A-907

[SEALED] Exhibit(s) - Notice of Filing Corrected Exhibits, dated January 17, 2023 [Bankr. D.I. 104]. ........ A-916

[SEALED] Exhibit S: Corrected email from Jamie Alexander to Don Cummings, Peter Paulsen, Brian Morrissey, et al., dated July 7, 2015 (AIGFP_US00649750)........ A-919

[SEALED] Exhibit U: Corrected exceprts of the deposition transcript of Elias Habayeb, dated August 25, 2022........ A-923

First Supplemental Declaration of Keith A. Simon and Disclosure Statement of Latham & Watkins LLP, dated January 20, 2023 [Bankr. D.I. 112]. ........ A-928

Notice of Filing of Proposed Redacted Version of Document of Motion to Dismiss Case, dated January 24, 2023 [Bankr. D.I 114]. ........ A-932

Certified Transcript of Section 341 Meeting, January 19, 2023. ........ A-972

Chapter 11 Monthly Operating Report for the Month Ending: 12/31/2022, dated January 23, 2023 [Bankr. D.I. 115].. ........ A996

Notice of Filing of Proposed Redacted Version of Document - Declaration of Martine B. Forneret in Support of Employee Plaintiffs' Motion to Dismiss the Debtor's Chapter 11 Case, dated January 23, 2023 [Bankr. D.I. 116]. ........ A-1014

(REDACTED) Exhibit A: Revolving Credit Agreement between AIG Funding, Inc. and AIG Financial Products Corp., dated September 22, 2008 (AIGFP_US00760384)........ A-1018

(REDACTED) Exhibit B: First Witness Statement of William Dooley from *Tobias Gruber and 22 others v. AIG Management France S.A., AIG Financial Products Corp. and American*

*International Group, Inc.* number CL-2014-000921, dated November 6, 2017 .................... A-1028

(REDACTED) Exhibit C: Subsidiary Capitalization Business Case, dated July 2010

(AIGFP_US00504123) .................... A-1029

(REDACTED) Exhibit D: Email Exchange between Brian Reilly, Stephen Blake, Elias Habayeb, et al., dated July 14-28, 2010 (AIGFP_US00497703) .................... A-1030

(REDACTED) Exhibit E: Expert Report of Larry Johnson, dated September 9, 2022 .................... A-1031

(REDACTED) Exhibit F: Mediation Statement in connection with *Brookfield Asset Management, Inc. v. AIG Financial Products Corp*., Case No. 09-cv-8285 (PGG) (S.D.N.Y. 2013), dated August 28, 2009 (AIGFP_US00668437) .................... A-1032

(REDACTED) Exhibit G: AIG – Q4 2008 American International Group Earnings Conference Call Transcript, dated March 2, 2009 (AIGFP_US00873225) .................... A-1033

(REDACTED) Exhibit H: Email from Matthew Laermer to David Herzog, Brian Schreiber, Teri Watson, et al. attaching the presentation titled *Materials for Discussion with Fitch*, dated May 13, 2009 (AIGFP_US00036262) .................... A-1034

(REDACTED) Exhibit I: Presentation titled *AIG FP – Overview, Update for Standard & Poor's – April 2011,* dated April 26, 2011 (AIGFP_US000376) .................... A-1035

(REDACTED) Exhibit J: Select excerpts of the deposition transcript of David Herzog, dated July 7, 2022 .................... A-1036

(REDACTED) Exhibit K: Stipulation as to Certain Records in the UK Action entered into by the parties in *Arthurs v. AIG Financial Products Corp*., Case No. X08-FST-CV-19-604605-S (Conn. Super. Ct.), dated November 9, 2022 .................... A-1037

(REDACTED) Exhibit L: Email exchange between Steve Blake, Elias Habayeb, Brian Reilly, et al., dated September 1-2, 2010 (AIGFP_US00942336) .................... A-1041

(REDACTED) Exhibit M: Memorandum from William Dooley to All Participants in the Plans Refernced Below, dated December 29, 2008 (AIGFP_UC00889326) .................... A-1042

(REDACTED) Exhibit N: Memorandum titled Issues Related to AIGFP DCP and SIP Programs and planned AIGFP Recapitalization, dated September 7, 2010 (AIGFP_US00942066) .................... A-1043

(REDACTED)Exhibit O: Email exchange between Timothy Hayes, Brian Reilly, William Shirley, et al., dated September 16-17, 2010 (AIGFP_US00069239) .................... A-1044

(REDACTED) Exhibit P: Memorandum titled Connecticut Deferred Tax Asset for AIGFP, dated February 24, 2014 (AIGFP_US00942194) .................... A-1045

(REDACTED) Exhibit Q: Materials related to the AIGFP Deferred Compensation Plan and Special Incentive Plan, including claim forms, plan statements, and related communications

(AIGFP_US00024686) .......... A-1046

(REDACTED) Exhibit R: Select Excerpts of the deposition transcript of Mark Balfan, dated August 19, 2022 .......... A-1047

(REDACTED) Exhibit S: Email from Jamie Alexander to Don Cummings, Peter Paulsen, Brian Morrissey, et al., dated July 7, 2015 (AIGFP_US00649750) .......... A-1048

(REDACTED) Exhibit T: Email exchange between Jamie Alexander, Stephen Hawriluk, Mark Balfan, et al., dated January 8, 2015 (AIGFP_US00067018) .......... A-1049

(REDACTED) Exhibit U: Select exceprts of the deposition transcript of Elias Habayeb, dated August 25, 2022 .......... A-1050

(REDACTED) Exhibit V: Order regarding Motion for Order of Compliance [D.I. 165.02] in *Arthurs v. Financial Products Corp*., Case No. X08-FST-CV-19-6046057-S (Conn. Super. Ct.), dated November 29, 2022 .......... A-1051

(REDACTED) Exhibit W: Memorandum titled Issues Related to AIGFP DCP and SIP Programs and planned AIGFP Recapitalization, dated October 13, 2011 (AIGFP_US00942071) .......... A-1055

(REDACTED) Exhibit X: First Day Hearing Transcript [D.I. 69] in *In re AIG Financial Products Corp*., Case No. 22-11309 (Bankr. D. Del. 2022), dated December 16, 2022 .......... A-1056

Verified Statement Filed by Employee Plaintiffs, dated February 17, 2023 [Bankr. D.I. 131]. .......... A-1065

[SEALED] Debtor's Objection to the Former Executives' Motion to Dismiss the Debtor's Chapter 11 Case, dated February 17, 2023 [Bankr. D.I. 132] .......... A-1074

[SEALED] Exhibit A: Chart distinguishing Third Circuit and Delaware caselaw .......... A-1157

[SEALED] Exhibit B: Debtors' form of complaint against the Former Executives .......... A-1172

[SEALED] Exhibit C: Debtor's organizational chart .......... A-1224

[SEALED] Exhibit D: General Guarantee Agreement (Parent Agreement), dated December 4, 1995 .......... A-1226

[SEALED] Exhibit E: Deferred Compensation Plan, dated December 29, 2008 .......... A-1230

[SEALED] Exhibit F: Special Incentive Plan, dated December 29, 2008 .......... A-1267

[SEALED] Exhibit G: AIG FP Revolving Credit Agreement, dated September 22, 2008 .......... A-1280

[SEALED] Exhibit H: Chart displaying total net cash compensation payments made to the Former Executives from 2002-2009 .......... A-1291

[SEALED] Exhibit I: Letter to all DCP/SIP Participants titled Account Statements, 2007 Special

Incentive Plan and Deferred Compensation Plan, dated July 31, 2014 .................................. A-1293

[SEALED] Exhibit J: Former Executives' Complaint filed in *Arthurs v. AIG Financial Products Corp*., Case No. X08-FST-CV-19-604605-S (Conn. Super. Ct.), dated December 6, 2019 . A-1295

[SEALED] Exhibit K: Resumé of Each Special Committee Member .................................... A-1334

Adversary case 23-50110. Complaint for Declaratory Relief by AIG Financial Products Corp. against Employee Plaintiffs, dated February 17, 2023 [Bankr. D.I. 134].. ............................. A-1339

[SEALED] American International Group, Inc.'s (I) Joinder in Debtor's Objection and (II) Objection to the Former Executives' Motion to Dismiss the Debtor's Chapter 11 Case, dated February 17, 2923 [Bankr. D.I. 135]. ........................................................................... A-1508

Chapter 11 Monthly Operating Report for the Month Ending: 01/31/2023, dated February 21, 2023 [Bankr. D.I. 137]. ............................................................................................... A-1512

Notice of Filing Revised Redacted Documents, dated February 23, 2023 [Bankr. D.I. 140]. ........................................................................................................................ A-1531

(REDACTED) Exhibit A: Redacted Employee Plaintiffs' Motion to Dismiss the Debtor's Chapter 11 Case, dated January 13, 2023. .................................................................... A-1533

(REDACTED) Exhibit B: Redacted Declaration of Martine B. Forneret in Support of Employee Plaintiffs' Motion to Dismiss the Debtor's Chapter 11 Case. ................................................ A-1578

(REDACTED) Debtor's Objection to the Former Executives' Motion to Dismiss the Debtor's Chapter 11 Case, dated February 28, 2923 [Bankr. D.I. 148]. ................................................ A-1891

(REDACTED) Exhibit A: Chart Distinguishing Third Circuit and Delaware Caselaw ......... A-1977

(REDACTED) Exhibit B: Debtors' Form of Complaint Against the Former Executives ..... A-1992

(REDACTED) Exhibit C: Debtor's Organizational Chart ...................................................... A-2044

(REDACTED) Exhibit D: General Guarantee Agreement (Parent Agreement), dated December 4, 1995 ............................................................................................................................ A-2046

(REDACTED) Exhibit E: Deferred Compensation Plan, dated December 29, 2008 ............ A-2050

(REDACTED) Exhibit F: Special Incentive Plan, dated December 29, 2008 ........................ A-2087

(REDACTED) Exhibit G: AIG FP Revolving Credit Agreement, dated September 22, 2008 ........................................................................................................................ A-2100

(REDACTED) Exhibit H: Chart displaying total net cash compensation payments made to the Former Executives from 2002-2009 .......................................................................... A-2111

(REDACTED) Exhibit I: Letter to all DCP/SIP Participants titled Account Statements, 2007

Special Incentive Plan and Deferred Compensation Plan, dated July 31, 2014 ..................... A-2113

(REDACTED) Exhibit J: Former Executives' Complaint filed in *Arthurs v. AIG Financial Products Corp.*, Case No. X08-FST-CV-19-604605-S (Conn. Super. Ct.), dated December 6, 2019 ..................... A-2115

(REDACTED) Exhibit K: Resumé of Each Special Committee Member ..................... A-2154

(REDACTED) American International Group, Inc.'s (I) Joinder in Debtor's Objection and (II) Objection to the Former Executives' Motion to Dismiss the Debtor's Chapter 11 Case, dated February 28, 2923 [Bankr. D.I. 149]. ..................... A-2159

[SEALED] Reply in Further Support of Employee Plaintiffs' Motion to Dismiss the Debtor's Chapter 11 Case, dated March 20, 2023 [Bankr. D.I. 161] ..................... A-2162

[SEALED] Declaration of Martine B. Forneret in Further Support of Employee Plaintiffs' Motion to Dismiss the Debtor's Chapter 11 Case, dated March 20, 2023 [Bankr. D.I. 162]. A-2202

[SEALED] Exhibit A: Transcript of the deposition of John Dubel, dated March 14, 2023 .. A-2206

[SEALED] Exhibit B: Transcript of the deposition of Pamela Corrie, dated March 15, 2023 ..................... A-2296

[SEALED] Exhibit C: Transcript of the deposition of William Kosturos, dated March 15, 2023 ..................... A-2365

[SEALED] Exhibit D: Transcript of the deposition of Paul Stubbs, dated March 15, 2023.. A-2431

[SEALED] Exhibit E: Transcript of the deposition of Timothy Allison, dated March 17, 2023 ..................... A-2491

[SEALED] Exhibit F: Presentation titled *AIG-FP Plan*, dated August 2022 (AIGFP_CH1100005148) ..................... A-2571

[SEALED] Exhibit G: Email exchange between Gary Holtzer and John Dubel, dated December 21, 2019 – January 13, 2020 (AIGFP_CH11_00004676) ..................... A-2588

[SEALED] Exhibit H: Email exchange between John Dubel, Alexander Welch, Gary Holtzer, and Garrett Fail, dated November 16, 2019 (AIGFP_CH11_00004797) ..................... A-2590

[SEALED] Exhibit I: Engagement letter between John S. Dubel and AIG Financial Products Corp., dated December 19, 2019 (AIGFP_CH11_00004704) ..................... A-2593

[SEALED] Exhibit J: Engagement letter between Alvarez & Marsal North America, LLC, Latham & Watkins LLP, and AIG Financial Products Corp., dated October 21, 2019 (AIGFP_CH11_00003788) ..................... A-2600

[SEALED] Exhibit K: Weil, Gotshal & Manges LLP presentation titled *AIGFP Contigency Planning: Discussion Materials*, dated January 2022 (AIGFP_CH11_00004218-002) ........ A-2617

[SEALED] Exhibit L: Alvarez & Marsal presentation titled *AIG Financial Products Corp.: Discussion with the Special Committee of the Board: Preliminary Liquidity Forecast*, dated March 23, 2022 (AIGFP_CH11_00005095) .......... A-2630

[SEALED] Exhibit M: Alvarez & Marsal presentation titled *AIG Financial Products Corp.: Discussion with the Special Committee of the Board: Derivative Novations & Liquidity*, dated June 15, 2022 (AIGFP_CH11_00005124) .......... A-2655

[SEALED] Exhibit N: Minutes from the Meeting of the Board of Directors of AIG Financial Products Corp., dated August 5, 2022 (AIGFP_CH11_00000011) .......... A-2680

[SEALED] Exhibit O: Email exchange between Martine Forneret of Kobre & Kim LLP and Zachary Saltzman of Debevoise & Plimpton LLP, and attached letter from Kobre & Kim LLP to Debevoise & Plimpton LLP, dated December 5, 2022 .......... A-2683

[SEALED] Exhibit P: Email exchange between Jonathan Polkes of Weil, Gotshal, Manges LLP and Steven W. Perlstein of Kobre & Kim LLP, dated December 5-6, 2022, and the attached executed Standstill Agreement, dated December 6, 2022 .......... A-2687

[SEALED] Exhibit Q: Unanimous Written Consent in Lieu of Meeting of the Directors of AIG Financial Products Corp., dated December 6, 2022 (AIGFP_CH11_00000319) .......... A-2696

[SEALED] Exhibit R: Unanimous Written Consent of the Board of Directors of AIG Financial Products Corp., dated December 13, 2022 .......... A-2700

[SEALED] Exhibit S: Email exchange between Martine Forneret of Kobre & Kim LLP and Betsy Marks of Latham & Watkins LLP, dated January 30 – February 2, 2023 .......... A-2708

[SEALED] Exhibit T: Email exchange between Betsy Marks of Latham & Watkins LLP to attorneys at Kobre & Kim, attaching AIGFP Cash Pool Agreement, dated March 17, 2023 (AIGFP_CH11_00038440) .......... A-2717

[SEALED] Exhibit U: Certified transcript of the Section 341 Meeting, dated January 19, 2023 .......... A-2722

[SEALED] Exhibit V: Email from Kathleen T. Carbone to Shane Fitzsimons, et al. dated November 30, 2022 (AIGFP_CH11_00009441), attaching a presentation titled *AIGFPC Update*, dated November 30, 2022 (AIGFP_CH11_0009443) .......... A-2748

Chapter 11 Monthly Operating Report for the Month Ending: 02/28/2023, dated March 21, 2023 [Bankr. D.I. 165]. .......... A-2760

Notice of Filing Employee Plaintiffs' Exhibit List for the Hearing on March 23, 2023 at 10:00 A.M. (Prevailing Eastern Time), dated March 23, 2023 [Bankr. D.I. 166]. .......... A-2779

Debtor's Exhibit List for Hearing on March 27, 2023 at 10:00 a.m. (ET), dated March 23, 2023 [Bankr. D.I. 167]. .......... A-2793

Certification of Counsel Certification of Counsel Regarding Order Approving Joint Stipulation as to the Admissibility of Certain Exhibits for the Hearing on March 27, 2023 AT 10:00 A.M. (E.T.), dated March 26, 2023 [Bankr. D.I. 170]. .......... A-2798

Order Approving Joint Stipulation as to the Admissibility of Certain Exhibits for the Hearing on March 27, 2023 AT 10:00 A.M. (E.T.), dated March 27, 2023 [Bankr. D.I. 171].......... A-2809

Transcript regarding Hearing Held 3/27/2023 RE: Employee Plaintiffs' Motion to Dismiss the Debtor's Chapter 11 Case, dated March 27, 2023 .......... A-2817

Chapter 11 Monthly Operating Report for the Month Ending: 03/31/2023, dated April 21, 2023 [Bankr. D.I. 189]. .......... A-3110

Opinion DENYING Motion to Dismiss or Abstain, dated May 10, 2023 [Bankr. D.I 193]. A-3129

Order DENYING Motion to Dismiss or Abstain, dated May 10, 2023 [Bankr. D.I. 194]. ... A-3157

Notice of Appeal Regarding Motion to Dismiss or Abstain, dated May 24, 2023 [Bankr. D.I. 201] .......... A-3158

Transmittal of Record on Appeal to District Court, dated May 25, 2023 [Bankr. D.I. 205]. A-3193

Notice of Docketing Record on Appeal to District Court, dated May 25, 2023 [Bankr. D.I. 206] .......... A-3228

***In re AIG Financial Products Corp.*, Case No. (1:23-cv-00573) (GBW) (Bankruptcy Appeal Case)**

Notice of Appeal from Bankruptcy Court appealing the Order and Memorandum Opinion entered on 05/10/2023 by Judge Mary F. Walrath in Bankruptcy case number 22-11309-MFW, dated May 25, 2023 [Appeal D.I. 1] .......... A-3229

Notice of Docketing Bankruptcy Appeal, dated May 25, 2023 [Appeal D.I. 2] .......... A-3233

Oral Order regarding mediation. Ordered by Judge Christopher J. Burke, date May 31, 2023 [Appeal D.I. 3]. .......... A-3234

***Employee Plaintiffs' Exhibits from March 27, 2023 Hearing on Employee Plaintiffs' Motion to Dismiss the Debtor's Chapter 11 Case***

Email from Valerie Jorgovan to John Dubel, with subject "AIG – Financial Products Director Agreement," attaching draft director engagement letter, dated November 12, 2019 (AIGFP_CH11_00004847). .......... A-3236

Email from John Dubel to Andrew Parlen, with subject "RE: AIGFP: Engagement Letter," attaching engagement letter between AIGFP and John S. Dubel executed by Mr. Dubel, dated December 19, 2019 (AIGFP_CH11_00004703). .......... A-3243

Unanimous Written Consent of the Board of Directors of AIG Financial Products Corp., dated

January 21, 2022 (AIGFP_CH11_00000338). .......... A-3250

Unanimous Written Consent in Lieu of Meeting of Directors of AIG Financial Products Corp., dated January 21, 2022 (AIGFP_CH11_00000340). .......... A-3252

Email from John Dubel to Pamela Corrie, with subject “RE: AIG FP – Monday,” dated January 23, 2022 (AIGFP_CH11_00004611). .......... A-3257

AIG Financial Products Corp., Resolutions of the Special Committee of the Board of Directors, dated January 24, 2022 (AIGFP_CH11_00038504). .......... A-3259

Email from Arjun Lal to John Dubel, with subject “RE: Draft A&M Engagement Letter,” dated January 24, 2022 (AIGFP_CH11_00004194). .......... A-3261

Project Pond: Preliminary Estimate of A&M Fees, updated as of January 24, 2022 (AIGFP_CH11_00004195). .......... A-3262

AIG Financial Products Corp., Meeting of the Special Committee of the Board of Directors, dated January 24, 2022 (AIGFP_CH11_00000014). .......... A-3263

AIG Financial Products Corp., Meeting of the Special Committee of the Board of Directors, dated January 27, 2022 (AIGFP_CH11_00000015). .......... A-3264

Email from Pamela Corrie to Madeleine Parish, with subject “RE: AIGFP Onboarding Presentation,” dated January 27, 2022 (AIGFP_CH11_00038443). .......... A-3265

Email from Pamela Corrie to Pamela Corrie, with subject “Weil Factual Presentation,” dated January 29, 2022 (AIGFP_CH11_00004217). .......... A-3267

AIG Financial Products Corp., Meeting of the Special Committee of the Board of Directors, dated February 9, 2022 (AIGFP_CH11_00000031). .......... A-3268

Email from Debora Hoehne to John Dubel, with subject “RE: AIG FP,” dated February 10, 2022 (AIGFP_CH11_00003809). .......... A-3269

Email from John Dubel to Pam Corrie, with subject “FW: Fee Estimate,” attaching AIGFP Professional Fee Forecast – Chapter 11, dated February 21, 2022 (AIGFP_CH11_00003768). .......... A-3271

Email from John Dubel to Pamela Corrie, with subject “RE: Fee Estimate,” dated February 21, 2022 (AIGFP_CH11_00003767). .......... A-3273

AIG Financial Products Corp., Meeting of the Special Committee of the Board of Directors, dated March 2, 2022 (AIGFP_CH11_00000034). .......... A-3274

Email from Arjun Lal to John Dubel, with subject “Updated Workplan,” dated April 28, 2022 (AIGFP_CH11_00004944). .......... A-3275

AIGFP Tentative Workplan & Timeline, Updated as of April 28, 2022

(AIGFP_CH11_00004945). .......... A-3276

AIG Financial Products Corp., Written Consent of the Sole Shareholder in Lieu of a Meeting, dated June 17, 2022 (AIGFP_CH11_00004326). .......... A-3278

Unanimous Written Consent of the Board of Directors of AIG Financial Products Corp., dated June 20, 2022 (AIGFP_CH11_00000004). .......... A-3279

Unanimous Written Consent of the Board of Directors of AIG Financial Products Corp., dated June 20, 2022 (AIGFP_CH11_00000005). .......... A-3280

AIG Financial Products Corp., Meeting of the Board of Directors of AIG Financial Products Corp., dated June 28, 2022 (AIGFP_CH11_00000007). .......... A-3282

AIG Financial Products Corp., Meeting of the Special Committee of the Board of Directors, dated July 6, 2022 (AIGFP_CH11_00000051). .......... A-3284

AIG Financial Products Corp., Meeting of the Special Committee of the Board of Directors, dated July 27, 2022 (AIGFP_CH11_00000050). .......... A-3285

AIG Financial Products Corp., Meeting of the Special Committee of the Board of Directors, dated August 31, 2022 (AIGFP_CH11_00000317). .......... A-3286

AIG Financial Products Corp., Meeting of the Special Committee of the Board of Directors, dated September 7, 2022 (AIGFP_CH11_00000062). .......... A-3288

AIG Financial Products Corp., Meeting of the Special Committee of the Board of Directors, dated September 14, 2022 (AIGFP_CH11_00000056). .......... A-3290

Loans and Repayment of Principal Under Revolving Credit Agreement dated as of September 22, 2008 Between AIG Funding, Inc. and AIGFP (AIGFP_CH11_00000064). .......... A-3292

Email from Richard Neuendorff to Christopher Currie and Paul Jaques, with subject "FW: Novation of FP Swaps with AIG Markets to AIG Matched Funding," dated September 26, 2022 (AIGFP_CH11_00027725). .......... A-3311

Memorandum from Timothy Allison to the Special Committee of the Board of AIG Financial Products Corp., titled "DRAFT – Intercompany Offset Journal Entries," dated September 27, 2022 (AIGFP_CH11_00005089). .......... A-3316

Minutes from the Meeting of the Special Committee of the Board of Directors, dated September 28, 2022 (AIGFP_CH11_00000060). .......... A-3318

Memorandum from Timothy Allison to the Special Committee of the Board of AIG Financial Products Corp., titled "DRAFT – Intercompany Offset Journal Entries #2," dated September 29, 2022 (AIGFP_CH11_00005085). .......... A-3320

AIG Financial Products Corp., Meeting of the Special Committee of the Board of Directors,

dated October 12, 2022 (AIGFP_CH11_00000020). A-3324

AIG Financial Products Corp., Meeting of the Special Committee of the Board of Directors, dated October 12, 2022 (AIGFP_CH11_00000017). A-3325

Email from Timothy Allison to Kathleen Carbone, Paul Stubbs, Stephen Cross, and Michael Maschi, with subject "RE: FP privileged and confidential," October 19, 2022 (AIGFP_CH11_00010878). A-3326

AIG Financial Products Corp., Meeting of the Special Committee of the Board of Directors, dated October 19, 2022 (AIGFP_CH11_00000018). A-3329

Email from Paul Stubbs to Ryan Jaczesko, David O'Neill, Barbara Knauss, et al., with subject "RE: Privileged and Confidential FP," dated October 24, 2022 (AIGFP_CH11_00024924). A-3330

Guarantee Analysis, dated October 24, 2022 (AIGFP_CH11_00024926). A-3332

Memorandum from Timothy Allison to Keith Simon and Bill Kosturos, titled "Net down of FP Balance Sheet," dated November 19, 2022 (AIGFP_CH11_00005119). A-3620

Minutes from the Meeting of the Special Committee of the Board of Directors, dated November 30, 2022 (AIGFP_CH11_00000023). A-3625

Email from Paul Stubbs to Eric Lefkowitz and Christopher Chorengel, with subject "FW: AIG CP Pool Agreement – Signature Required – 8034 – AO," dated December 2, 2022 (AIGFP_CH11_000038476). A-3626

Email from Timothy Allison to Bill Kosturos, Chuck Dailey, and Arjun Lal, with subject "Re Call," dated December 4, 2022 (AIGFP_CH11_00032355). A-3631

Email from Chase Bentley to Bill Kosturos, Ashley Weeks, Betsy Marks, et al., with subject "AIGFP – All-Hands Meeting (Privileged & Confidential)," dated December 5, 2022 (AIGFP_CH11_00038481). A-3632

Latham and Watkins presentation titled AIG Financial Products Corp.: Contingency Planning and Related Materials, dated December 6, 2022 (AIGFP_CH11_00038483). A-3634

Latham and Watkins presentation titled AIG Financial Products Corp.: I: Structured Finance Positions, II: Derivates, dated December 6, 2022 (AIGFP_CH11_00038496). A-3647

Minutes from the Meeting of the Special Committee of the Board of Directors, dated December 7, 2022 (AIGFP_CH11_00000027). A-3655

Email from Timothy Allison to Chuck Dailey, with subject "FW: AIG FP cash payments 7 DEC 2022 / activity estimate 8 DEC 2022," dated December 7, 2022 (AIGFP_CH11_00010544). A-3656

Email from Paul Stubbs to Marilyn Hirsch and Kasey Wunder, with subject "RE: 2 questions,"

dated December 13, 2022 (AIGFP_CH11_00038470). .......... A-3657

Email from Marilyn Hirsch to Paul Stubbs and Kasey Wunder, with subject "RE: 2 questions," dated December 13, 2022 (AIGFP_CH11_00038451). .......... A-3661

Email from Marilyn Hirsch to Shane Fitzsimons, with subject "Fwd: 2 Questions | FP FAQ," dated December 13, 2022 (AIGFP_CH11_00024425). .......... A-3663

Email from Timothy Allison to Christine Filanowski, with subject "FW: AIG FP Cash Pool Balances," dated December 13, 2022 (AIGFP_CH11_00038445). .......... A-3666

Unanimous Written Consent in Lieu of 2022 Annual Meeting of the Board of Directors of AIG Financial Products Corp., dated December 21, 2022 (AIGFP_CH11_00000322). .......... A-3667

Minutes from the Meeting of the Special Committee of the Board of Directors, dated December 21, 2022 (AIGFP_CH11_00000025). .......... A-3681

AIGFP Subsidiaries, Standalone Trial Balances as of December 31, 2022 (AIGFP_CH11_00038439). .......... A-3682

Email from Jonathan Polkes to Steven Perlstein, with subject "[EXTERNAL] Standstill Agreement," attaching Standstill Agreement, dated December 5, 2022. .......... A-3683

Email from Jonathan Polkes and Steven W. Perlstein, with subject "RE: [EXTERNAL] Standstill Agreement," attaching Standstill Agreement, dated December 6, 2022. .......... A-3686

Email from Maeve O'Connor to Steven Perlstein, with subject "RE: [EXTERNAL] Standstill Agreement," attaching executed Standstill Agreement, dated December 6, 2022. .......... A-3693

Email from Betsy Marks to attorneys at Kobre & Kim LLP, with subject "[EXTERNAL] 363 Motion," dated January 12, 2023 .......... A-3701

General Guarantee Agreement between American International Group, Inc. and AIG Financial Products Corp., dated December 4, 1995 (AIGFP_US00000030). .......... A-3702

Deposition transcript of John S. Dubel, In re Purdue Pharma L.P., Case No. 19-23649-rdd, dated August 12, 2021 .......... A-3705

Expert Report of Michael Doran - Arthurs v. AIG Financial Products Corp., Case No. X08-FST-CV-19-6046057-S, dated September 9, 2022 [Conn. Super. Ct. 2019]. .......... A-3780

Expert Report of Michelle J. Avery - Arthurs v. AIG Financial Products Corp., Case No. X08-FST-CV-19-6046057-S, dated September 9, 2022 [Conn. Super. Ct. 2019]. .......... A-3851

***Debtor's Exhibits from March 27, 2023 Hearing on Employee Plaintiffs' Motion to Dismiss the Debtor's Chapter 11 Case***

Docket Sheet in Arthurs v. AIG Fin. Prod. Corp., Case No. X08FST-CV-19-6046057-S, dated December 6, 2019 [Conn. Super. Ct.]. .......... A-3876

Claim Form in Tobias Gruber v. AIG Mgmt. Fr., S.A., Case No. CLL-2014-000921 (EWHC) [Comm 2014]. ........ A-3889

Rebuttal Expert Report of Alan Levine in Arthurs v. AIG Fin. Prod. Corp., Case No. X08-FST-CV-19-6046057-S, dated October 7, 2022 [Conn. Super. Ct. 2019]. ........ A-3897

Rebuttal Expert Report of Basil Imburgia in Arthurs v. AIG Fin. Prod. Corp., Case No. X08-FST-CV-19-6046057-S, dated October 7, 2022 [Conn. Super. Ct. 2019]. ........ A-3943

Rebuttal Expert Report of Wayne Guay in Arthurs v. AIG Fin. Prod. Corp., Case No. X08-FST-CV-19-6046057-S, dated October 7, 2022 [Conn. Super. Ct. 2019]. ........ A-4018

Special Committee Meeting Minutes, dated April 6, 2022 (AIGFP_CH11_00000041)........ A-4061

FP Board Meeting Minutes, dated August 5, 2022 (AIGFP_CH11_00000 011). ........ A-4062

Email from Betsy Marks to Daniel J. Saval et al. re: “363 Motion,” dated January 12, 2023. ........ A-4064

Letter from Steven Perlstein to Zachary Saltzman, dated December 5, 2022 ........ A-4065

Gibraltar Flows Spreadsheet (AIGFP_CH11_00000316). ........ A-4067

Executed Standstill Agreement, dated December 6, 2022 ........ A-4071

In re AIGFP – Chart of Employee Plaintiffs’ and Debtor’s Deposition Designations, Objections, and Counter Designations. ........ A-4073

Transcript of the March 17, 2023 Deposition of Timothy Allison with Employee Pls.’ Designations and Debtor’s Counter Designations, dated March 26, 2023. ........ A-4092

Transcript of the March 15, 2023 Deposition of Pamela Corrie with Employee Pls.’ Designations and Debtor’s Counter Designations, dated March 26, 2023 ........ A-4198

Transcript of the March 15, 2023 Deposition of Paul Stubbs with Employee Pls.’ Designations and Debtor’s Counter Designations, dated March 26, 2023 ........ A-4297

Employee Pls.’ Slide Deck from March 27, 2023 Hearing on Employee Plaintiffs’ Motion to Dismiss the Debtor's Chapter 11 Case, dated March 27, 2023 ........ A-4557

AIG FP’s Slide Deck from March 27, 2023 Hearing on Employee Plaintiffs’ Motion to Dismiss the Debtor's Chapter 11 Case, dated March 27, 2023 ........ A-4569

***In re AIG Financial Products Corp.*, Adv. Pro. No. 22-50110 (MFW) (Adversary Proceeding)**

Adversary case 23-50110. Complaint for Declaratory Relief by AIG Financial Products Corp. against Employee Plaintiffs, dated February 17, 2023 [Adv. D.I. 1]. ........ A-4603

Certification of Counsel Regarding Order Approving Joint Stipulation as to the Timing of the Response to the Complaint Filed in the Adversary Proceeding, dated May 19, 2023 [Adv. D.I. 5] ........ A-4772

Certification of Counsel Regarding Order Approving Stipulation Permitting American International Group, Inc. to Intervene in Adversary Proceeding Filed by American International Group, Inc., dated May 22, 2023 [Adv. D.I. 6]. ........ A-4784

Order Approving Joint Stipulation as to the Timing of the Response to the Complaint Filed in the Adversary Proceeding, dated May 23, 3034 [Adv. D.I. 7] . ........ A-4796

Order Approving Stipulation Permitting American International Group, Inc. to Intervene in Adversary Proceeding, dated May 23, 2023 [Adv. D.I. 8]. ........ A-4798